SUPERIOR COURT 

OF THE

DISTRICT OF COLUMBIA

2007 OCT 17  P 5:00

FILED

Holding a Criminal Term

Grand Jury Sworn in on September 24, 2007

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | : | Criminal No: 2006CF227494 |
| | : | |
| v. | : | Violations: |
| | : | 22 D.C. Code, Sections 3227.02, 3227.03(a); |
| DAVID J. BUCHANAN | : | 11 D.C. Code, Section 944(a); |
| PDID: 593-800 | : | (2001 ed.) |
| | : | |
| | : | (First Degree Identity Theft; Contempt) |
| | : | |

The Grand Jury charges:

FIRST COUNT:

On or about March 13, 2005, within the District of Columbia, David J. Buchanan knowingly used personal identifiers, that consisted of a name, account number, and signature, that belonged to Barbara Buchanan to fraudulently obtain property, that is credit and money from Barbara Buchanan of a value of $3466 or more without Barbara Buchanan's knowledge or consent. (First Degree Identity Theft, in violation of 22 D.C. Code Section 3227.02, 3227.03(a)(2001 ed.)



BURGESSM 10/24/2007 3:34:11 PM

SECOND COUNT:

On or about December 11, 2006, within the District of Columbia, David J. Buchanan was released in Case Number 2006CF227494 and was ordered by a D.C. Superior Court Judge or Magistrate Judge to stay away from Barbara Buchanan and 5490 Fetchet Lane Bolling, Air Force Base. On numerous occasions between on or about September 7, 2007 and on or about October 8, 2007, any one and all of which constitute the offense of Contempt, within the District of Columbia, David J. Buchanan, knowingly, willfully, and intentionally violated that order by sending e-mail messages to Barbara Buchanan. (Contempt, in violation of 11 D.C. Code, Section 944(a) (2001 ed.))

THIRD COUNT:

On or about December 11, 2006, within the District of Columbia, David J. Buchanan was released in Case Number 2006CF227494 and was ordered by a D.C. Superior Court Judge or Magistrate Judge to stay away from Barbara Buchanan and 5490 Fetchet Lane Bolling, Air Force Base. On numerous occasions between on or about September 7, 2007 and on or about October 8, 2007, any one and all of which constitute the offense of Contempt, within the District of Columbia, David J. Buchanan, knowingly, willfully, and intentionally violated that order by sending text messages to Barbara Buchanan. (Contempt, in violation of 11 D.C. Code, Section 944(a) (2001 ed.))

FOURTH COUNT:

On or about December 11, 2006, within the District of Columbia, David J. Buchanan was released in Case Number 2006CF227494 and was ordered by a D.C. Superior Court Judge or Magistrate Judge to stay away from Barbara Buchanan and 5490 Fetchet Lane Bolling, Air Force Base. On numerous occasions between on or about September 7, 2007 and on or about October 8, 2007, any one and all of which constitute the offense of Contempt, within the District of Columbia, David J. Buchanan, knowingly, willfully, and intentionally violated that order by placing telephone calls to Barbara Buchanan. (Contempt, in violation of 11 D.C. Code, Section 944(a) (2001 ed.))

JEFFREY A. TAYLOR
Attorney of the United States in
and for the District of Columbia

A TRUE BILL:

Foreperson

BURGESSM 10/24/2007 3:34:11 PM