UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>**DAVID J. BUCHANAN**,<br><br>   Defendant. | )<br>)<br>)<br>)<br>) CASE NO. 08-03-M<br>)<br>)<br>)<br>)<br>) |

**O R D E R**

  The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

  It is on this **7TH** day of **JANUARY, 2008,**

ORDERED that **Edson A. Bostic, Esq.**, from the Office of the Federal Public Defender for the District of Delaware is hereby appointed to represent said defendant in the cause until further order of the Court.

                _____
                Honorable Leonard P. Stark
                U.S. Magistrate Judge

cc: Federal Public Defender
   First Federal Plaza, Suite# 110
   704 King Street
   Wilmington, DE  19801
   (302) 573-6010

   Defendant
   United States Attorney